**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**RIVERSIDE DIVISION**

| | |
|---|---|
| DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC, | Case No. 5:24-cv-00970-JGB-DTB |
| Petitioner, | **JUDGMENT** |
| v. | |
| CYNTHIA ESQUIVEL, | |
| Respondent. | |

The Court, having considered the petition of Diamond Resorts U.S. Collection Development, LLC (the "Petitioner"), to confirm its arbitration award against the Respondent Cynthia Esquivel (the "Respondent") pursuant to Fed. R. Civ. P. 55(b), and being otherwise fully advised, it appears that:

1.      The Respondent has failed to appear in this action by timely pleading, responding to, or otherwise defending against the Petition to Confirm the Arbitration Award issued on May 11, 2023 (the "Corrected Award") by the Judicial Arbitration and Mediation Services and/or the Summons, after being duly served with same.

2.      The Respondent is not a minor, incompetent person, or currently a member of the United States military.

THEREFORE:

It is ORDERED, ADJUDGED, AND DECREED that there exist no grounds for refusal or deferral of recognition and enforcement of the award, and

It is ORDERED, ADJUDGED, AND DECREED that, pursuant to 9 U.S.C. § 9, the Corrected Award is hereby confirmed, and

**JUDGMENT**

It is FURTHER ORDERED, ADJUDGED, AND DECREED, that Petitioner's Petition to Confirm its Arbitration Award is **GRANTED,** and Petitioner DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC shall have judgment against and shall recover from the Respondent CYNTHIA ESQUIVEL the sum of **$122,509.82** (comprised of $34,364.19 in damages on Petitioner's breach of note claim, $84,050.10 in attorneys' fees, and $4,095.53 in costs, respectively).

I FURTHER ORDER that post-judgment interest shall accrue on the judgment from the date of entry until paid in full, as authorized under 28 U.S.C. § 1961.

**IT IS SO ORDERED.**

DATED this 22nd day of October 2024.

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE